**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **CHAZ HUTCHERSON,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | **CIVIL ACTION NO:** |
| **v.** | **)** | **1:24-cv-02046-MHC-JSA** |
| | **)** | |
| **TRANS UNION LLC.,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |

## NOTICE OF SETTLEMENT

Plaintiff Chaz Hutcherson and Defendant Tans Union LLC hereby notify the Court that they have reached an agreement to settle Plaintiffs' claims. Each party will bear its own fees and costs. The Parties anticipate all aspects of settlement will be finalized within sixty (60) days of the filing of this Notice. At such time the parties will jointly file a Stipulation of Dismissal with Prejudice.

Respectfully submitted,

By: /s/ Jeffrey B. Sand
Jeffrey B. Sand
WEINER & SAND LLC

800 Battery Ave.
Suite 100
Atlanta, Georgia 30339
(404) 205-5029 (Tel.)
(404) 254-0842 (Tel.)
(866) 800-1482 (Fax)
js@wsjustice.com

COUNSEL FOR PLAINTIFF

By:  /s/ Paul W. Sheldon
     Paul W. Sheldon
     QUILLING SELANDER
     LOWNDS WINSLETT MOSER,
     P.C.
     6900 N. Dallas Parkway
     Plano, Texas 75024
     (214)-871-2111
     psheldon@qslwm.com

DATED: June 24, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, the foregoing document is being served this day on all counsel of record via the CM/ECF system, which will send notification of such filing via electronic mail.

/s/ Jeffrey Sand
Counsel for Plaintiff