# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CHAZ HUTCHERSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO:** |
| v. | ) | **1:24-cv-02046-MHC-JSA** |
| | ) | |
| TRANS UNION LLC., | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Chaz Hutcherson and Defendant Tans Union LLC by their counsel and pursuant to Federal Rule of Civil Procedures 41(a)(1)(ii) hereby stipulate that Plaintiff's claims against Trans Union are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Jeffrey B. Sand
Jeffrey B. Sand
WEINER & SAND LLC
800 Battery Ave.
Suite 100
Atlanta, Georgia 30339
(404) 205-5029 (Tel.)

(404) 254-0842 (Tel.)
(866) 800-1482 (Fax)
js@wsjustice.com

COUNSEL FOR PLAINTIFF

By: /s/ Paul W. Sheldon
Paul W. Sheldon
QUILLING SELANDER
LOWNDS WINSLETT MOSER,
P.C.
6900 N. Dallas Parkway
Plano, Texas 75024
(214)-871-2111
psheldon@qslwm.com

DATED: July 23, 2024

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 24, 2024, the foregoing document is being served this day on all counsel of record via the CM/ECF system, which will send notification of such filing via electronic mail.

/s/ Jeffrey Sand
Counsel for Plaintiff